# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>ANA ALVAREZ; FRANCISCO GRANADENO; QUALITY SERVICE ESCROW; MIDLAND FUNDING, LLC; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: CV 14-07990-JA K (AJWx)<br><br>*Hon. Judge John A. Kronstadt*<br><br>**JUDGMENT**<br><br>**JS-6**<br><br>Date:   March 16, 2015<br>Time:   8:30 a.m.<br>Ctrm.:   750 - 7th Floor |

1

**JUDGMENT**

The Motion for Entry of Default Judgment of Plaintiff, FEDERAL NATIONAL MORTGAGE ASSOCIATION (hereinafter referred to as "Fannie Mae") on the Causes of Action for Cancellation of Instrument and Quiet Title, came on regularly for hearing on March 16, 2015, after which the Motion was granted.

NOW, THEREFORE, JUDGMENT IS ENTERED in favor of Plaintiff, Fannie Mae and against Defendant, MIDLAND FUNDING LLC and all parties claiming any right, title, or interest in the real property commonly known as 1136 W. 77th St., Los Angeles, California 90044 as follows:

1. The Court hereby declares and adjudges that Fannie Mae is the true and lawful owner of the real property commonly known as 1136 W. 77th St., Los Angeles, California 90044 and legally described as:

> LOT 261 OF TRACT NO. 715, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 17, PAGE(S) 54 AND 55 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
>
> APN: 6019-015-005

to the exclusion of any purported interest claimed by MIDLAND FUNDING LLC;

2. The Court hereby further declares and decrees that the Grant Deed recorded on July 27, 2012, as Instrument No. 20121115239 of the Official Records of Los Angeles County Recorder's Office is VOID, *ab initio,* and does not alter title as established by the Quitclaim Deed recorded July 9, 2012, as Instrument No. 20121007417 of the Official Records of Los Angeles County;

3. The Court hereby further declares and decrees that the Abstract of Judgment recorded on August 11, 2011 as Instrument No. 20111084719 in the official records of the Los Angeles County Recorder's Office, is VOID, as to the subject property, and does not alter title as established by the Quitclaim Deed recorded July 9, 2012, as Instrument No. 20121007417 of the Official Records of Los Angeles County;

4. The Court hereby further declares and decrees that the Fannie Mae shall have judgment in its favor for its claims of quiet title to the subject property located at 1136 W. 77th St., Los Angeles, California 90044 as against MIDLAND FUNDING LLC.

Dated: July 2, 2015

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

**JUDGMENT**